■ New York State Optometric Association, Inc., et al., Appellants-Respondents, v Barbara B. Blum, as Commissioner of the Department of Social Services of the State of New York, et al., Respondents-Appellants. — Judgment, Supreme Court, New York County (Goldman, J.), entered on September 23, 1982, unanimously affirmed, without costs and without disbursements. We agree that there is no justiciable controversy. Further, petitioners are without standing. No opinion. Concur — Murphy, P. J., Sandler, Sullivan and Silverman, JJ.